KENNETH BARON     NUMBER 45,970     SECTION B

VERSUS     18TH JUDICIAL DISTRICT COURT

AMTRUST INSURANCE COMPANY OF KANSAS, INC., SOUTHWEST PIPE SERVICES, INC., MARTIN VALDEZ, PROTECTIVE INSURANCE COMPANY, FEDERAL EXPRESS CORPORATION AND JASMINE RAMSEY     PARISH OF WEST BATON ROUGE

STATE OF LOUISIANA

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes KENNETH BARON, a resident of the full age of majority of the Parish of East Baton Rouge, State of Louisiana, who respectfully represents:

1.

Made Defendants are:

1. **AMTRUST INSURANCE COMPANY OF KANSAS, INC.**, a foreign insurance company authorized to do and doing business in the State of Louisiana;

2. **SOUTHWEST PIPE SERVICES, INC.**, a foreign corporation authorized to do and doing business in the State of Louisiana;

3. **MARTIN VALDEZ**, alleged on information and belief to be a resident of the full age of majority of the County of Travis, State of Texas;

4. **PROTECTIVE INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana;

5. **FEDERAL EXPRESS CORPORATOIN**, a foreign corporation authorized to do and doing business in the State of Louisiana; and

6. **JASMINE RAMSEY**, alleged on information and belief to be a resident of the full age of majority of the Parish of East Baton Rouge, State of Louisiana.

2.

On or about June 14, 2019, at approximately 4:30 p.m., KENNETH BARON was operating a 2017 Ford F-150 owned by Earl Barron, Jr, said vehicle traveling northbound in the right lane on LA. Highway 1 North at the Interstate 10 ramp, in the City of Port Allen, Parish of West Baton Rouge, State of Louisiana.

EXHIBIT A

3.

At approximately the same time and place, MARTIN VALDEZ was operating a 2017 Ford F-250, owned by Southwest Pipe Services, Inc., said vehicle traveling northbound on LA. Highway 1.

4.

At the above described time and location, traffic stopped due to congestion.

5.

The VALDEZ vehicle collided with a 2018 Mercedes Sprinter owned by FEDERAL EXPRESS CORPORATON and operated by JASMINE RAMSEY.

6.

As a result of VALDEZ's collision with the RAMSEY vehicle, the RAMSEY vehicle collided with the rear of a 2019 Nissan Sentra being operated by Keith Delong.

7.

Subsequently, the Delong vehicle was knocked into the rear of the BARON vehicle.

8.

The acts of fault, gross and wanton negligence, and lack of skill by defendant, MARTIN VALDEZ, which were the proximate cause of the collision, were as follows:

(i) Failing to keep a proper lookout;

(ii) Failing to have his automobile under control;

(iii) Failing to steer his automobile properly so as to avoid striking the Fed Ex vehicle;

(iv) Failing to apply the brakes properly on his automobile so as to bring it to a stop before colliding with the Fed Ex vehicle;

(v) Following too closely;

(vi) Such other acts and omissions as will be shown on the trial, all of which were in contravention of the exercise of due care, prudence, and the laws of the State of Louisiana, which are specially pleaded as if and as though copied *in extenso*.

9.

The acts of fault, gross and wanton negligence, and lack of skill by defendant, JASMINE RAMSEY, which were the proximate cause of the collision, were as follows:

(i) Following too closely;

    (ii)    Such other acts and omissions as will be shown on the trial, all of which were in contravention of the exercise of due care, prudence, and the laws of the State of Louisiana, which are specially pleaded as if and as though copied *in extenso*.

**10.**

At the time of the accident, MARTIN VALDEZ was in the course and scope of his employment with SOUTHWEST PIPE SERVICES, INC. and, as such, SOUTHWEST PIPE SERVICES, INC. is vicariously liable for his actions.

**11.**

At the time of the accident, JASMINE RAMSEY was in the course and scope of her employment with FEDERAL EXPRESS CORPORATION and, as such, FEDERAL EXPRESS CORPORATION is vicariously liable for her actions.

**12.**

As a result of this collision, KENNETH BARON has sustained the following non-exclusive elements of damages:

a. Physical pain and suffering (past, present and future);

b. Mental anguish (past, present and future);

c. Loss of enjoyment of life (past, present and future);

d. Disfigurement and disability;

e. Medical Expenses (past, present and future);

f. Lost Wages/Earnings (past, present and future);

g. Other elements of damages developed during discovery and/or demonstrated with particularity at the trial of this matter.

**13.**

Petitioner alleges on information and belief that at the time of this accident there was in full force and effect a policy of insurance issued by defendant, AMTRUST INSURANCE COMPANY OF KANSAS, INC., under the terms of which it agreed to insure and indemnify defendants, MARTIN VALDEZ and SOUTHWEST PIPE SERVICES, INC., from the damages asserted herein.

14.

Petitioner alleges on information and belief that at the time of this accident there was in full force and effect a policy of insurance issued by defendant, PROTECTIVE INSURANCE COMPANY, under the terms of which it agreed to insure and indemnify defendants, JASMINE RAMSEY and FEDERAL EXPRESS CORPORATION from the damages asserted herein.

**WHEREFORE**, Plaintiff, KENNETH BARON, prays that defendants be served with this Petition, and after being duly cited to appear and answer same and the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Plaintiff, KENNETH BARON and against Defendants, AMTRUST INSURANCE COMPANY OF KANSAS, INC., SOUTHWEST PIPE SERVICES, INC., MARTIN VALDEZ, PROTECTIVE INSURANCE COMPANY, FEDERAL EXPRESS CORPORATION and JASMINE RAMSEY, jointly and in solido, for such damages as are reasonable in the premises, together with legal interest from the date of judicial demand until paid, all costs of these proceedings, and such equitable relief to which plaintiff may be entitled.

BY ATTORNEYS:

_____
JEFFREY N. RABB (Bar Roll No. 25836)
DUDLEY DEBOSIER INJURY LAWYERS, PLC
1075 Government Street
Baton Rouge, Louisiana 70802
225-379-3405

PLEASE SERVE:

AmTrust Insurance Company of Kansas, Inc,
Through its agent for service of process:
The Secretary of State for the
State of Louisiana
8585 Archives Avenue
Baton Rouge, Louisiana 70809

Southwest Pipe Services, Inc.
Through the Long Arm Service
c/o Joseph Briers
1700 Newman Road
Alvin, Texas 77511

Martin Valdez
Through the Long Arm Service
3837 County 949B Road
Alvin, Texas 77511

(Additional service on next page)

*CERTIFIED TRUE COPY*
*APR 23 2020*
*DEPUTY CLERK*
*WEST BATON ROUGE PARISH*

Protective Insurance Company
Through its agent for service of process:
The Secretary of State for the
State of Louisiana
8585 Archives Avenue
Baton Rouge, Louisiana 70809

Federal Express Corporation
Through its agent for service of process:
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

Jasmine Ramsey
16333 Columns Way
Baton Rouge, Louisiana 70817