# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**KENNETH BARON**

**VERSUS**

**AMTRUST INSURANCE COMPANY OF KANSAS, ET AL**

**CIVIL ACTION**

**NO. 21-204-JWD-SDJ**

## OPINION AND ORDER

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 23, 2021 (Doc. 10), to no objection was filed;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. 6) is GRANTED and this action is remanded to the 18th Judicial District Court, Parish of West Baton Rouge, State of Louisiana.[1]

**IT IS FURTHER ORDERED** that the parties bear their own costs.

Signed in Baton Rouge, Louisiana, on December 8, 2021.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

Clerk 18th JDC

---

[1] The Court notes that the final page of the Report and Recommendation contains a minor typographical error, recommending that the case be remanded to the 18th Judicial District Court for the Parish of East Baton Rouge. However, it is clear from the Report and Recommendation and record as a whole that the Magistrate Judge intended to remand to the 18th Judicial District Court for the Parish of West Baton Rouge. The Court thus fully adopts the Report and Recommendation, with this minor modification.